PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

Sep 15, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARIN CRUZ ROSALES,<br><br>Defendant. | CASE NO.   2:22-cr-00190 JAM<br><br>21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Fentanyl; 21 U.S.C. § 853(a) – Criminal Forfeiture |

I N D I C T M E N T

The Grand Jury charges: T H A T

JARIN CRUZ-ROSALES,

defendant herein, on or about June 20, 2022, in the County of Placer, State and Eastern District of

California, did knowingly and intentionally possess with intent to distribute at least 400 grams of a

mixture and substance containing a detectable amount of of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide, popularly known as "fentanyl," a Schedule II controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

    1.    Upon conviction of the offense alleged in this Indictment, defendant JARIN CRUZ-

ROSALES shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the

following property:

INDICTMENT

1

a.     All right, title, and interest in any and all property involved in violation of Title 21, United States Code, Section 841(a)(1), for which defendant is convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offense; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offense.

b.     A sum of money equal to the total amount of proceeds obtained as a result of the offense, for which defendant is convicted.

2.     If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without
        difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

Signature on file w/AUSA

_____
FOREPERSON

_____
PHILLIP A. TALBERT
United States Attorney

INDICTMENT

2

No.   2:22-cv-00190 JAM

---

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

JARIN CRUZ ROSALES

---

I N D I C T M E N T

**VIOLATION(S):**
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Fentanyl;
21 U.S.C. § 853(a) – Criminal Forfeiture

---

*A true bill,*

/s/ Signature on file w/AUSA

------------------------------------------------
*Foreman.*

*Filed in open court this* 15th *day*

*of* September *, A.D. 20 22*

------------------------------------------------
/s/ N. Cannarozzi
*Clerk.*

---

*Bail, $* No process necessary.

------------------------------------------------
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

**United States v. *Jarin Cruz-Rosales***
**Penalties for Indictment**

**Defendants**
**Jarin Cruz-Rosales**

2:22-cv-00190 JAM

| **21 U.S.C. § 841(a)(1) – Possession with intent to distribute fentanyl (at least 400 grams)** |
|---|
| Maximum Penalties: At least 10 years and up to life in prison; or Fine of up to $10,000,000; or both fine and imprisonment; and Supervised release term at least 5 years and up to life. |
| Special Assessment: $100 (mandatory on each count) |

| **FORFEITURE ALLEGATION:**   21 U.S.C. § 853(a) - Criminal Forfeiture |
|---|
| Penalties:          As stated in the charging document |

1