UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JARIN CRUZ-ROSALES,<br><br>             Defendant. | Case No. 2:22-CR-00190-JAM |
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JARIN CRUZ-ROSALES,<br><br>             Defendant. | **RELATED CASE ORDER**<br><br>Case No. 2:23-CR-00038-DAD |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the action denominated 2:23-CR-00038-DAD be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:23-CR-00038-JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: March 17, 2023              /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE