HEATHER E. WILLIAMS, #122664
Federal Defender
Noa E. Oren, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_oren@fd.org

Attorney for Defendant
JARIN CRUZ-ROSALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARIN CRUZ-ROSALES<br><br>Defendant. | Case No. 2:22-cr-00190-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: June 27, 2023<br>Time: 9:00 a.m.<br>Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through James Conolly, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren attorneys for Jarin Cruz-Rosales, that the status hearing be continued to September 12, 2023, and that the Court exclude time pursuant to the Speedy Trial Act.

Defense will be receiving additional discovery shortly and desires additional time to review it, consult with her client who is housed at Butte County Jail, to evaluate potential defenses, and to otherwise prepare for trial.

Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government does not object to the continuance.

-1-

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 12, 2023, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  June 26, 2023

HEATHER E. WILLIAMS
Federal Defender


*/s/ Noa Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
JARIN CRUZ-ROSALES

Dated:  June 26, 2023

PHILLIP A. TALBERT
United States Attorney


*/s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 12, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the June 27, 2023 status conference shall be **CONTINUED** until **September 12, 2023**, at 9:00 a.m.

Dated: June 26, 2023                         /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE